UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 22-6433-KK-AFMx** | Date: | January 3, 2024 |
| --- | --- | --- | --- |

Title:  ***Angel Navarette v. County of Los Angeles, et al.***

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On November 13, 2023, the Court set a Scheduling Conference for January 5, 2024.  ECF Docket No. ("Dkt.") 28.  The Court further ordered the parties to file a Joint Rule 26(f) Report no later than December 22, 2023.  Id. at 2.  To date, a Joint Rule 26(f) Report has not been filed.  The parties are, therefore, in violation of the Court's November 13, 2023 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order.  See FED. R. CIV. P. 41(b).  Before dismissing this action, the Court will afford Plaintiff an opportunity to explain Plaintiff's failure to file the Joint Rule 26(f) Report as directed by the Court's November 13, 2023 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders.  Plaintiff shall have **up to and including January 10, 2024** to respond to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders.  See FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**